MARTHA E. SCHULTZ, Respondent, v. PAUL R. SCHULTZ, Appellant.— Order

reversed, without costs of this appeal to either party and motion denied on the ground that a sufficient showing of a meritorious cause of action is not made by the plaintiff's affidavits. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.